DMB:SA/SDD/RMT
F.#2012R01574

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ALI YASIN AHMED,
    also known as "Ismail,"
MADHI HASHI,
    also known as "Talha," and
MOHAMED YUSUF,
    also known as "Abu Zaid,"
    "Hudeyfa" and
    "Mohammed Abdulkadir,"

            Defendants.

- - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

CR 12 - 661

**I N D I C T M E N T**

Cr. No.
(T. 18, U.S.C., §§
924(c)(1)(A)(ii),
924(c)(1)(A)(iii),
924(c)(1)(B)(ii),
2339B(a)(1), 2339B(d),
2 and 3551 et seq.)

TOWNES, J.

AZRACK, M.J.

COUNT ONE
(Conspiracy to Provide Material Support
to a Foreign Terrorist Organization)

    In or about and between December 2008 and August 2012,

both dates being approximate and inclusive, within the

extraterritorial jurisdiction of the United States, the

defendants ALI YASIN AHMED, also known as "Ismail," MADHI HASHI,

also known as "Talha," and MOHAMED YUSUF, also known as "Abu

Zaid," "Hudeyfa" and "Mohammed Abdulkadir," together with others,

did knowingly and intentionally conspire to provide material

support and resources, as defined in Title 18, United States

Code, Section 2339A(b), including currency, weapons and

personnel, including themselves, to a foreign terrorist
organization, to wit: al-Shabaab.

(Title 18, United States Code, Sections 2339B(a)(1),
2339B(d) and 3551 et seq.)

### COUNT TWO
(Use of Firearms)

In or about and between December 2008 and August 2012,
both dates being approximate and inclusive, within the
extraterritorial jurisdiction of the United States, the
defendants ALI YASIN AHMED, also known as "Ismail," MADHI HASHI,
also known as "Talha," and MOHAMED YUSUF, also known as "Abu
Zaid," "Hudeyfa" and "Mohammed Abdulkadir," together with others,
did knowingly and intentionally use and carry one or more
firearms during and in relation to a crime of violence, to wit:
the crime charged in Count One, and did knowingly and
intentionally possess such firearms in furtherance of said crime

of violence, one or more of which firearms was brandished and discharged, and one or more of which firearms was a machinegun.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(c)(1)(B)(ii), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F#2012RO1574

FORM DBD-34
JUN. 85

*No.*

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL *Division*

## THE UNITED STATES OF AMERICA

*vs.*

ALI YASIN AHMED, aka "Ismail," MADHI HASHI, aka "Talha,"
and MOHAMED YUSUF, aka "Abu Zaid"
"Hudeyfa" and "Mohammed Abdulkadir,"

Defendants.

# INDICTMENT

( T. 18, U.S.C., §§ 924 ( c ) (1) (A) (ii) , 924 ( c ) (1) (A)
(iii), 924 ( c ) (1) (B) (ii) , 2339B ( a )
(1) , 2339B (d) , 2  and  3551 et seq .)

*A true bill.*

_____

*Milton Wilson*                                                  *Foreman*
_____

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ *A.D. 2009*

_____

                                                                        *Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _

_____

*SETH DUCHARME, AUSA; (718) 254-6021*