NOT SUBJECT TO PROTECTIVE ORDER



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SA/SDD/RMT
F.#2012R01574

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 1, 2013

**Via ECF**

Susan G. Kellman, Esq.            Harry C. Batchelder, Jr., Esq.
25 Eighth Avenue                  40 Wall Street, 28th Floor
Brooklyn, NY 11217                New York, NY 10005
 *for Ali Yasin Ahmed*             *for Madhi Hashi*

Ephraim Savitt, Esq.
260 Madison Avenue
22nd Floor
New York, NY 10016
 *for Mohamed Yusuf*

        Re:  United States v. Ahmed et al.
             Criminal Docket No. 12-661 (S-1)(SLT)

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides additional expert notice in the above-referenced matter.  This disclosure supplements the government's prior disclosures of November 26, 2012, January 21, 2013 and two disclosures dated April 5, 2013.

       The government hereby provides notice that it will introduce expert testimony regarding the methods and operations of al-Shabaab, including testimony indicating that that the October 2008 bombings in Boosaaso and Hargeisa were executed in

a manner consistent with al-Shabaab's known tactics and political ideologies.[1]

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

                        By:       /s/_____
                              Shreve Ariail
                              Seth D. DuCharme
                              Richard M. Tucker
                              Assistant U.S. Attorneys
                              (718) 254-6616/6201/6204

Enclosures

cc:  Clerk of Court (SLT)

---

[1] Additionally, the government clarifies its prior disclosure of April 5, 2013, regarding statements made by al-Shabaab in connection with the Boosasso and Hargeisa attacks. Specifically, the government hereby advises that initial reports released by the news media, specifically Al Jazeera, indicated that al-Shabaab had claimed responsibility for those attacks. Subsequently, al-Shabaab published a statement indicating they had not made such a statement. An English translation of the statement is forthcoming.