

U.S. Department of Justice
Federal Bureau of Prisons

**Metropolitan Detention Center**
80 29th Street
Brooklyn, New York 11232

September 24, 2013

The Honorable Sandra Townes
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
*VIA FAX: (718) 613-2166*

RE: AHMED, Ali Yasin, Register Number 81738-053
    12-CR-00661(SLT-JMA)

Dear Judge Townes:

    I write regarding Ali Yasin Ahmed, Register Number 81738-053, a federal inmate currently housed at the Metropolitan Detention Center ("MDC Brooklyn") in Brooklyn New York. Specifically, this letter will address the provision of meals and social telephone calls to Mr. Ahmed.

    With reference to meals, MDC Brooklyn's records reflect that Mr. Ahmed requested and was provided a religious diet menu, consisting of nationally recognized, religiously certified processed foods. During September 2013, Mr. Ahmed has received each of his scheduled breakfast, lunch, and dinner meals with the exception of the lunch meal on September 23, 2013, when he was attending Court. Unfortunately, MDC Brooklyn's records do not reflect the time of day Mr. Ahmed was provided each meal.

    With reference to social calls, MDC Brooklyn records indicate that since May 2013, Mr. Ahmed has been furnished telephone calls on May 15, June 14, July 26, and September 6, 2013. In addition, MDC Brooklyn plans to facilitate a phone call for Mr. Ahmed on September 25, 2013.

    I trust this information is responsive to your inquiry. If you have any further questions or concerns, please feel free to

contact me at (718) 840-4200, extension 4744.

Sincerely,

Kenneth Bork
Staff Attorney
MDC Brooklyn