

**CONSULATE GENERAL
OF SWEDEN
New York**

New York, November 19, 2013

*David E. R. Dangoor*
*Honorary Consul General*
*212-888-3000, ext 103*
*newyork@consulateofsweden.org*

Honorable Judge Sandra Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Townes,

This is in reference to Swedish citizen inmate Ali Yasin Ahmed, Inmate# 81738-053, who is currently incarcerated at the Metropolitan Detention Center (MDC) in Brooklyn.

We were recently informed that Mr. Ahmed was refused his monthly phone call to his family last month, and as he is only allowed 15 minutes a month, this is a serious infraction on his rights. In light of other incidents at MDC, such as failure in routines to provide him food during weekends, we are becoming increasingly concerned for Mr. Ahmed's general wellbeing while in MDC custody.

We kindly ask your office to look into this matter to ensure that Mr. Ahmed's rights are respected and that he is treated fairly while in your jurisdiction. We look forward to your timely response.

Thank you for your consideration.

Sincerely,

David E. R. Dangoor
Honorary Consul General

cc: Embassy of Sweden, Washington, DC

Address:
445 Park Avenue, 21st fl
New York, NY 10022
USA

Telephone:
212-888-3000
Fax:
212-888-3125

E-mail:
newyork@consulateofsweden.org
Website:
swedennewyork.com



**CONSULATE GENERAL OF SWEDEN**

445 Park Avenue, 21st floor
New York, NY 10022



**Honorable Judge Sandra Townes**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

1120118329