

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SDD
F.# 2012R01574

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 13, 2014

**By Hand**

Susan G. Kellman, Esq.　　　　　Mark S. DeMarco, Esq.
25 Eighth Avenue　　　　　　　　2027 Williamsbridge Road
Brooklyn, NY 11217　　　　　　　2nd Floor
kellmanesq@aol.com　　　　　　　Bronx, NY 10461
 *for Ali Yasin Ahmed*　　　　　msdlaw@aol.com
　　　　　　　　　　　　　　　　 *for Madhi Hashi*

David Stern, Esq.
100 Lafayette Street
Suite 501
New York, NY 10013
dstern@rssslaw.com
 *for Mohamed Yusuf*

　　　　　Re:　United States v. Ahmed, et al.
　　　　　　　　Criminal Docket No. 12-661 (S-1)(SLT)

Dear Counsel:

　　　(U)　Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find **CLASSIFIED** discovery materials in connection with the above-referenced matter, which are subject to the PROTECTIVE ORDER REGARDING CLASSIFIED INFORMATION entered by the Court on April 14, 2014, as well as the MEMORANDUM OF UNDERSTANDING pertaining to the handling of classified information in this case.

　　　(S)　More specifically, enclosed please find:

　　　**[REDACTED]**

(U)   Please do not hesitate to contact me if you have any questions or concerns regarding the materials.  If you have any questions regarding the handling of classified information, please contact the Classified Information Security Officer who has been assigned to oversee this matter.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

By:   /s/ Seth DuCharme_____
     Shreve Ariail
     Seth D. DuCharme
     Richard M. Tucker
     Assistant U.S. Attorneys
     (718) 254-6616/6201/6204

cc   Clerk of Court (SLT) via ECF
     [CLASSIFIED Original on File with the CISO]