

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD
F.# 2012R01574

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 15, 2014

**By Email and ECF**

Susan G. Kellman, Esq.
25 Eighth Avenue
Brooklyn, NY 11217
kellmanesq@aol.com
 *for Ali Yasin Ahmed*

Re:  United States v. Ahmed, et al.
     Criminal Docket No. 12-661 (S-1)(SLT)

Dear Ms. Kellman:

We write to memorialize the disclosure to you yesterday, July 14, 2014, of a CLASSIFIED summary substitution, identified as "S1", pursuant to Section 4 of the Classified Information Procedures Act and the Court's June 26, 2014 Order in the above-referenced case.  Please do not hesitate to contact us if you have any questions or concerns regarding the summary.  If you have any questions regarding the handling of classified information, please contact the Classified Information Security Officer who has been assigned to oversee this matter.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   /s/ Seth DuCharme_____
      Shreve Ariail
      Seth D. DuCharme
      Richard M. Tucker
      Assistant U.S. Attorneys
      (718) 254-6616/6201/6204

cc    Clerk of Court (SLT) via ECF