U.S. Department of Justice

United States Attorney
Eastern District of New York

RMT
F.#2012R01574

271 Cadman Plaza East
Brooklyn, New York 11201

February 19, 2015

By Hand and ECF

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    United States v. Ali Yasin Ahmed et al.
                   Criminal Docket No. 12-661 (S-2)(SLT)

Dear Judge Townes:

       The government respectfully submits this letter regarding the upcoming overseas depositions in this matter. As discussed during the status conference on February 16, 2015, the government and the Federal Bureau of Investigation ("FBI") are making arrangements so that the defendants and their local counsel can attend those depositions via video teleconference.

       The government has been advised by the FBI that the FBI's offices at 26 Federal Plaza in Manhattan have certain communication equipment that will allow for a more reliable teleconference link with the locations for the overseas depositions. Further, the FBI has assessed that 26 Federal Plaza is a more secure location for the defendants, counsel and Your Honor to attend the videoconferences. While final communication tests must be completed before the government makes a final determination regarding the location of the deposition videoconferences, the government respectfully submits the proposed orders for the Court's consideration, which authorize FBI agents to transport the defendants to 26 Federal Plaza in Manhattan, and authorize the use of necessary force to assure the defendants' timely attendance at those depositions at 26 Federal Plaza.[1]

---

[1] The orders previously entered by the Court authorized transport to the U.S. Attorney's Office for the Eastern District of New York.

      The government will advise the Court and local defense counsel as soon as a final determination regarding the location of the live videoconferences of overseas depositions is made.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                        By:     /s/_____
                                        Richard M. Tucker
                                        Assistant U.S. Attorney
                                        (718) 254-6204

Enclosures

cc:     Defense Counsel (via Email and ECF)
          Clerk of Court (via ECF w/o enclosures)