U.S. Department of Justice

United States Attorney
Eastern District of New York

RMT
F.#2012R01574

271 Cadman Plaza East
Brooklyn, New York 11201

February 22, 2015

By ECF and Hand Delivery

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Ali Yasin Ahmed et al.
Criminal Docket No. 12-661 (S-2)(SLT)

Dear Judge Townes:

The government respectfully submits this letter in response to the defendants' motion filed this morning demanding additional discovery and seeking to adjourn tonight's deposition. The government is aware of and will abide by its disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and Title 18, United States Code, Section 3500. Accordingly, the government opposes the defense's attempt to delay tonight's deposition.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/
Shreve Ariail
Seth D. DuCharme
Richard M. Tucker
Assistant U.S. Attorneys
(718) 254-6616/6021/6204

cc: Defense Counsel (via Email and ECF)
Clerk of Court (via ECF)