# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **12 Cr. 661 (SLT)** |
| | : | |
| -against- | : | |
| | : | |
| | : | |
| **ALI YASIN AHMED,** | : | |
| **MADHI HASHI, and** | : | |
| **MOHAMED YUSUF,** | : | |
| | : | |
| **Defendants.** | : | **APRIL 6, 2015** |

# PROPOSED JURY QUESTIONNAIRE

JUROR # _____

## CONFIDENTIAL JUROR QUESTIONNAIRE

General Instructions

     This questionnaire is designed to help simplify and expedite the jury selection process. Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury.

     The purpose of this questionnaire is to provide guidance to the attorneys and the judge in deciding which jurors are best suited to serve on this particular case. Your names and identifying information will not be made a matter of public record. Please answer the questions as honestly and completely as possible. There are no ''right'' or ''wrong'' answers; there are only truthful answers.  It is important that you are completely candid as to your actual views and feelings. It is also important that your answers to the questionnaire be yours and yours alone. Do not discuss the questionnaire or your answers with anyone, including your family, court personnel and, especially, other prospective jurors. If you do not understand a question, say so on the questionnaire.  If a question touches on an especially personal or sensitive matter, please answer ''private'' and you will be given the opportunity to discuss the matter in private at a later time. There are extra pages at the back if you need more space to answer a question.   After reading your questionnaire, Judge Townes may personally interview you in the presence of the lawyers, and give you the opportunity to discuss your answers.

     Do not write on the back of any page, only the front pages will be copied. If you need additional space to complete an answer, go to the blank pages at the back of the questionnaire, indicate the number of the question, and continue your answer.

     Please answer each question by placing a check next to the correct response or by providing the information requested. Please try to write as legibly as possible.  Do not discuss the questionnaire or your answers with your fellow jurors or anyone else.

JUROR # _____

## **PRELIMINARY INSTRUCTIONS**

You must give true and complete answers to all questions.  Your responses will be  kept confidential.  Do not discuss the questions or answers with anyone, including your fellow jurors.

The defendants, Ali Yasin Ahmed, Madhi Hashi and Mohamed Yusuf, have been charged with crimes relating to supporting a designated foreign terrorist organization. Specifically, each defendant is charged with conspiracy to provide material support and resources to a foreign terrorist organization, namely al-Shabaab, in violation of Title 18, United States Code, Section 2339B; providing material support and resources to al-Shabaab, in violation of Title 18, United States Code, Section 2339B; attempting to provide material support and resources to al-Shabaab in violation of Title 18, United States Code, Section 2339B; receiving military-type training from al-Shabaab in violation of Title 18, United States Code, Section 2339D; and the unlawful use of firearms in connection with one or more crimes of violence, specifically, the crimes charged above, in violation of  Title 18, United States Code, Section 924(c).

The defendants have pleaded not guilty and are presumed to be innocent of these charges.

The Nature of an Indictment

An indictment is merely an accusation. It is proof of nothing. You may draw no inference against any defendant from the fact that he has been indicted. Each defendant has pleaded "not guilty" to each of the charges against him and is presumed to be innocent.

JUROR # _____

A defendant does not have to prove anything. The government bears the burden of proving

the guilt of a defendant beyond a reasonable doubt.

JUROR # _____

<u>Potential for Hardship</u>

The Court and the parties estimate that the trial in this case will last approximately four weeks. Jury service is one of the highest duties and privileges of a citizen.  The participation of people like you is essential to the proper administration of justice.  The Court recognizes that not everyone can serve on a case of this length. However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you. You must show that service in this case would cause an unacceptable amount of personal hardship.

Would you have a serious hardship if chosen for this case?

_____   **YES**, I would have a serious hardship if chosen for this case.  Please answer the questions below, and fully explain your hardship. You must still complete the entire questionnaire.

_____   **NO**, I would not have a serious hardship if chosen for this case.  Please move onto the next section of the questionnaire.

Please explain the hardship and list your current occupation. If you are retired or unemployed, please indicate that fact and list your previous occupation.

 Occupation: _____

Age:   _____

Are you self-employed?_____

Are you retired? _____

Will you be paid your salary while you serve jury duty?

Yes _____          No _____          Not sure _____

Do you have any medical condition that would make it difficult for you to serve as a juror on this case?
          Yes _____ No _____
**If yes**, briefly list the condition(s)

_____
_____
_____

JUROR # _____

What is your hardship? _____
  _____
  _____

What arrangements, if any, can you make to alleviate your hardship?

_____

_____

JUROR # _____

## CONFIDENTIAL JUROR QUESTIONNAIRE

Please write legibly.

1.      Defendants charged in criminal cases are presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidenced presented in this courtroom, decides that the guilt of each defendant has been proven beyond a reasonable doubt.  Do you agree or disagree with these legal principles?    Please explain.

_____

_____

_____


2.      The burden of proving guilt beyond a reasonable doubt as to each of these defendants rests entirely with the government. A defendant has no burden to prove his innocence.

Do you agree or disagree with this legal principle? Please explain.

_____

_____

_____

3.      Under the United States Constitution, a person accused of a crime does not have to testify in his defense, and his silence may not be used against him. What are your thoughts about this important principle of law? Please explain.

_____

_____

4.      The defendants in this case were born in Somalia. What, if any, affect would the fact that they were not born in the U.S. have on your ability to apply these important constitutional safeguards to these defendants? Please explain.

JUROR # _____

_____

_____

5.      Would you be able to apply each of these fundamental constitutional safeguards to individuals charged with terrorism?  Please explain.

_____

_____

6.      The testimony of a law enforcement officer is entitled to no greater weight or lesser

weight than that of any other witness. What are your thoughts concerning the testimony of law

enforcement officers?  Please explain.

_____

_____

_____

7.      There may be evidence in this case consisting of tape recordings of conversations taking

place over the telephone through the use of electronic devices commonly known as "wiretaps."

        Do you have any beliefs or opinions about obtaining or using such evidence that might

prevent you from fairly considering such evidence at trial?  Please explain.

_____

_____

8.      The evidence in this case may include information provided or obtained by individuals

testifying for the government in exchange for certain benefits, such as a reduced sentence for a

crime that the individual has admitted to committing or formal or informal immunity from

JUROR # _____

prosecution. The testimony of such a witness must be scrutinized with great care; however, the law permits the government to call these witnesses to testify.

Do you think that you will be able to evaluate testimony from such witnesses fairly and impartially?  Please explain.

_____

_____

9.      At the conclusion of the case the Court will charge you on the law and explain to you the elements of the crimes charged in the indictment. Do you have personal, religious, philosophical or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court or that would make it difficult for you to sit in judgment of another? Please explain:

_____

_____

_____

10.     The defendants in this case were raised in homes in which Islam was the religion that the family practiced. Is there anything about the defendants' Muslim upbringing that would affect your ability to be fair and impartial?  Please explain.

_____

11.     Do you or anyone close to you practice Islam?

Yes _____  No _____

Who? _____

JUROR # _____

12.     Do you have any strong opinions regarding the religion of Islam or its adherents?

Please explain your views.

_____

13.     Describe any feelings you have that would make it difficult for you to listen to evidence

and decide this case fairly and impartially, when the case involves Muslim men charged with

material support of terrorism?

_____

_____

14.     Have you or a member of your close family had any personal experience with Muslims

that prejudices you against them?

Please explain.

_____

_____

_____

15.     What, if anything, have you heard about a group known as al-Qaeda?

_____

_____

_____

JUROR # _____

16.     If you were chosen as a juror in this case, what are your thoughts about whether you

could listen with an open mind and render a fair and impartial verdict in a case where there may

be evidence concerning al-Qaeda?

        Please explain:

        _____

        _____

        _____

17.     How closely have you followed the media coverage of the group al-Qaeda?

        Very closely _____ Somewhat closely_____ Not too closely_____

18.     What, if anything, have you heard about a group known as al-Shabaab?

        Please explain.

        _____

        _____

19.     If you were chosen as a juror in this case, do you think that you could listen with an open

mind and render a fair and impartial verdict, in a case where there may be evidence concerning al

Shabaab? Please explain.

        _____

        _____

        _____

20.     How closely have you followed the media coverage of the group al-Shabaab?

        Very closely _____ Somewhat closely_____ Not too closely_____

JUROR # _____

21.    What, if anything, have you learned from the media coverage about al-Shabaab?

_____

_____

22.    Might the fact that a defendant had once been a member of al-Shabaab, without more,

affect your ability to fairly evaluate the evidence regarding whether or not the government has

proven the guilt of each defendant beyond a reasonable doubt?   Please explain.

_____

_____

_____

23.    The charges in this case involve allegations related to terrorism. Is there anything about

the charges, without more, that might affect your ability to fairly evaluate the evidence regarding

whether or not the government has proven the guilt of each defendant beyond a reasonable

doubt?  Please explain.

_____

_____

24.    Is there anything about the nature of the charges in this case, where the government

claims that the defendants provided material support to al-Shabaab, a designated Foreign

Terrorist Organization, that you feel would affect your ability to fairly evaluate the evidence

regarding whether or not the government has proven the guilt of the defendants beyond a

reasonable doubt?  Please explain.

_____

_____

JUROR # _____

25.     There may be evidence that the authorities tortured government witnesses. What are your

thoughts about your ability to rely upon the testimony of a witness who has been tortured?

Please explain.

_____

_____

_____


26.     The laws of this country, including treaties ratified by Congress, prohibit torture under

any circumstance.  Do you think that torture is ever justified?  Please explain:

_____

_____


27.     Have you, or anyone close to you, had first hand experience with terrorism?

Please explain.

_____

_____

_____


28.     The defendants in this case were all born in Somalia.

(a) Do you have friends or family members who were born in Somalia?

Please Explain.

_____

_____

JUROR # _____

(b) Do you have friends or family members who were born in Africa?

Please explain.

_____

29.     How closely do you follow media coverage of events in Somalia?

_____

30.     Have you, or anyone in your family, worked or volunteered in a civilian or nonmilitary

government capacity anywhere in Africa?

Yes___No____

If yes, please explain who (relation to you), where, when and circumstances:

_____

_____

31.     Do you, or anyone close to you, have plans or orders to go to East Africa either as a

member of the military or as a civilian?

Yes ___ No ____

If yes, please explain who (relation to you), where, when and for what purpose(s):

_____

_____

32.     The Horn of Africa is made up of the eastern most countries in Africa, including Somalia,

Djibouti and Ethiopia. Have you ever traveled in the Horn of Africa or have current plans to do

so?

Yes _____ No _____

JUROR # _____

      If Yes, please explain where, when and purpose of trip.

      _____

      _____

33.     Do you, or anyone close to you, work for the United Nations or the African Union?

      Yes_____ No_____

      If yes, please explain where, when and what it is he/she does?

      _____

34.     What is your age?  _____

35.     Are you: Male _____ Female _____

36.     Do you have any problem with your hearing or vision that would make it difficult for you to serve as a juror?

      Yes _____ No _____

37.     Where were you born? _____

38.     Where were your parents born? _____

39.     Where was your spouse or significant other born? _____

      _____

      _____

      _____

40.     Is English your first language?

      Yes _____ No _____

41.     Do you have any difficulty speaking, reading or understanding English?

      Yes _____ No _____

JUROR # _____

42.     Do you speak, read or understand Arabic, Somali or Swedish (or any dialect of those

languages or did you grow up in households where those languages or any of their dialects were

spoken?

        Yes _____        No _____

43.     If you speak, read or understand the Arabic, Somali or Swedish languages (or any related

dialects), would you have any difficulty relying solely upon a translator's  translation of the

evidence?

        Yes _____        No _____

44.     Are you (check one):

 Married _____        Single _____        Living with another person ____

 Living with a domestic partner_____        Divorced/Separated _____

Widow/Widower _____

45.     If you have any children, please list **only their gender, age, and, if applicable, their**

**current occupation.**

_____

_____

_____

_____

_____

46.     In what county/area do you reside? _____

        (a)     How long have you lived in this area? _____

        (b)     What other places have you lived within the last twenty years?

JUROR # _____

_____

_____

_____

_____

47.     Are you:

( )  Employed full-time  ( ) Retired    ( ) Employed part-time  ( ) Student

( ) Homemaker   ( ) Disabled & unable to work       ( ) Unemployed/laid off

     (a)       What kind of work do you do? _____

     (b)       What is your job title? _____

     (c)       Do you supervise others? _____

     (d)       If yes, how many? _____

     (e)       How long have you held this job? _____

     (f)       If retired or unemployed, what was your primary vocation?

_____

_____

_____

     (g)       If you are a full time homemaker or a student, please tell us what jobs outside the

home (if any) you have had in the past five years:

_____

_____

48.     What is the highest grade of schooling you have completed?

     ( ) 8th grade or less   ( ) Community college  ( ) Some high school

JUROR # _____

( ) Some four-year college   ( ) High school graduate  ( ) College graduate  ( ) Post-Grad

(a)      Major area(s) of study:  _____

(b)      Degrees or certificates:  _____

49.     What charitable, civic, social, union, professional, fraternal, political, recreational or

religious organizations do you belong to or participate in?

(a) What offices, if any, have you held in any of these organizations?

_____

_____

_____

48.     Have you previously traveled outside of the United States?

Yes _____  No _____

(a) For Business? _____  Where? _____  When? _____

(b) For Pleasure? _____  Where? _____  When? _____

50.     Have you ever served in the military?

Yes _____  No _____

Branch and highest rank: _____

Foreign Stations or Tours:

_____

_____

(a)      Is any member of your family serving in the military or as a military contractor or
advisor at the present time?
Yes ____ No ____

If yes, please explain who (relation to you), where, and duty:

JUROR # _____

_____

(b)    Have you or anyone close to you served overseas in Iraq or Afghanistan, or in Desert Storm or the Persian Gulf War or in Africa?

Yes ___ No ____

If yes, please explain who (relation to you), where, and duty:

_____

_____

(c)    Have you or anyone you know served in the military anywhere in Africa?

Yes ___ No ____

If yes, please explain who (relation to you), where, when and duty:

_____

_____

(d)    Have you or anyone close to you been injured or killed while serving in a combat or military zone?          Yes ___ No ____

If yes, please explain who (relationship to you), where, when and circumstances of injury or death:

_____

_____

51.    Have you, or anyone close to you, attended law school?

If yes, please provide the details _____

_____

52.    Do you or anyone close to you work for a lawyer? Or law firm? Or private investigator?

If yes, please provide the details _____

JUROR # _____

_____

53.     Is there anything about your religious affiliation that would be difficult for you to be a

juror in this case?

Please explain. _____

_____

_____

54.     Have you ever experienced what you believe to be discrimination against you because of

your religious beliefs?  Please explain

_____

_____


55.     The Judge who will preside over this case is The Honorable Sandra L. Townes, of the

United States District Court for the Eastern District of New York.  Do you or anyone close to

you know or have any connection with the Judge Townes or any of her staff?

        Yes _____ No _____

        If yes, please explain:

_____

_____

56.     The government is represented in this case by the United States Attorney, Loretta Lynch,

though the conduct of the case is in the immediate charge of the government attorneys appearing

in the courtroom. Do you or any relative or friend know or have any connection to Loretta

Lynch?

JUROR # _____

    Yes___No____

    If yes, please explain:

_____

  _____

57.    Ms. Lynch was recently nominated to serve as the Attorney General of the United States.

Do you thing that anything about that process or her nomination could affect your ability to be

fair to the young men on trial in this case?

    Please explain:

_____

  _____

58.    This case is being prosecuted by the following government attorneys. Do you or anyone

close to you know any of these attorneys?

    Assistant United States Attorneys Seth DuCharme,     Yes _____ No _____

    Shreve Ariail                   Yes _____ No _____

    Richard Tucker                 Yes _____ No _____

    Department of Justice Attorney Annamartine Salick     Yes _____ No _____

    And these attorneys are assisted by:

    FBI Special Agents              Yes _____ No _____

If you answered yes to any of the names above, name the individual and describe your

connection and/or your friend or relative's to this individual(s).

  _____
_____
_____

JUROR # _____

59.     Do you or does any relative or close friend know or have any connection with any of the

following defense lawyers:

         Attorneys:

                    David Stern                  Yes _____ No _____

                    Jane Simkin-Smith            Yes _____ No _____

                    Susan Kellman                Yes _____ No _____

                    Sarah Kuntsler               Yes _____ No _____

                    Ezra Spilke                  Yes _____ No _____

                    Karloff Commissiong          Yes _____ No _____

                    Mark DeMarco                 Yes _____ No _____

         (a)     If you answered yes to any of the names above, name the person and describe
                 your connection and/or your friend or relative's connection to this individual(s)?

_____

_____

_____

60.     Do you or does any relative or close friend know or have any connection with any of the

defendants?

                    Ali Yasin Ahmed              Yes _____ No _____

                    Mohamed Yusuf                Yes _____ No _____

                    Madhi Hashi                  Yes_____ No _____

If yes, please explain who has the connection in detail for any individual:

_____

_____

JUROR # _____

61.     Have you followed any criminal cases involving allegations of terrorism?

        Yes _____     No _____

        Please list the cases and what was or is of interest to you about these cases.

_____

_____

_____

62.     Have you or anyone close to you, applied for or worked for or trained with (check any

that apply)

        ___ a.  Any law enforcement agency, security or investigative agency, including the

police department, the sheriff's department, or the FBI, CIA, DEA, Secret Service, Dept. of

Homeland Security or the Dept. of Justice?

        ___ b.  Any prison, jail, detention center or probation office?

        ____c.  A city or town or county attorney?

        ____d.  Any firm that practices criminal law?

        ____e.  Any newspaper, radio, television or social media outlet?

        ____f.  The U.S. Department of State?

        ____g.  The United Nations?

        ____h.   The African Union?

        ____i.  Any United States Embassy in Africa?

JUROR # _____

Please state who, where, when and the circumstances of such individual's employment.

_____

_____

_____

63.    Have you or anyone close to you worked for, applied to or had training with:

(Check all that apply)

_____ a.    Any law enforcement, security or investigative agency, including but not limited to police department, state police agency, sheriff's department, the FBI, , DEA, Secret Service, Postal Inspection Service, CIA, BICE, INS, Department of Homeland Security and the Department of Justice?

_____ b.    A prison, jail, detention center or probation services?

_____ c.    Any city or town attorney, Attorney General, state or federal

prosecutor, or court?

_____ d.    Any law firm that practices criminal defense?

_____ e.    Any newspaper, radio, television, or other media outlet?

**If yes** to any of the above, please state who (relation to you), where, when and what the circumstances were.

_____

_____

_____

64.    Do you watch any television shows that deal with terrorism – either fictional or non-

fictional?

**If yes,** which show or shows?  _____

65.    Do you think that anything about your experience with this show might affect your ability

to be fair and impartial in this case? Please explain.

_____

JUROR # _____

_____

66.     Do you watch any television shows regularly? _____

        **If yes,** which show or shows?

        _____

67.     What social media do you utilize on a daily basis?

        _____

68.     Do you subscribe to any online news services?

        **If yes,** which ones? _____

69.     This case has received some media attention, which is likely to continue, what, if

anything, does the media attention suggest to you about the defendants in this case?

        Please explain.

        _____

        _____

70.     Is there anything you have seen, heard, or read that would interfere with your ability to

render a fair verdict in this case based solely on the evidence presented in court?

        Please explain:

        _____

        _____

        _____

71.     Because this case is likely to receive media attention during the trial, the Court wants to

make sure that this case is decided solely on the evidence in the courtroom and not based on

things that are said outside the courtroom. Accordingly, the Court will be advising you daily that

JUROR # _____

you must avoid reading about the case in the newspapers or listening to any radio or television

reports about the case, or reading anything about the case on the Internet. The Court will also

advise you daily that you must avoid discussing this case with friends or family during the course

of the trial.

(a) Would these requirements pose any difficulty for you?

Please explain:

_____

_____

(b) Could you follow these instructions faithfully?

Please explain.

_____

72.    What, if anything, have you seen, read or heard about the following people facing

charges in this case?

_____

_____

73.    Based on anything you may have read, seen, or heard in the media or elsewhere, have

you formed an opinion as to the guilt or innocence of any of the defendants in this case?

Please Explain.

_____

_____

74. Have you ever:

(a)    Served as a juror in a civil case?       Yes_____       No_____

(b)    Served on a grand jury?       Yes_____       No_____

26

JUROR # _____

    (c)     Served as a juror in a criminal case? Yes_____        No _____

    (d)  Have you ever been a juror in a case where the jury was unable to reach a verdict?

                                          Yes_____        No _____

   (e)  If you have served on a jury, please list below:

            (1) the approximate date(s);

            _____

            (2) whether you served in state court or federal court;

            _____

            (3) whether it was a grand jury or a trial jury;

            _____

            (4) whether it was a criminal case or a civil case;

            _____

            (5) what the general nature of the case was (for example, robbery, murder, contract, negligence, medical malpractice, etc.); and

            _____

            (6) whether or not a verdict was reached.

            _____

    (f)     Is there anything about your prior jury experience that would make it difficult to serve again? Yes_____     No _____

    Please explain:

_____

_____

_____

JUROR # _____

75.     Have you or a member of your family or anyone close to you had any legal action or

dispute with the United States or any of its agencies, or any officer, agents or employees of the

United States?

        Yes _____ No _____

Please explain the nature of your interest in such proceedings:

        _____

        _____

76.     Have you or a family member or close friend ever had an experience involving the police,

FBI, or any other law enforcement agency, including being interviewed by or making a report to

a law enforcement officer?

        Yes _____ No _____

        Please explain: _____

_____

_____

77. Have you or a family member or a close friend ever been arrested, charged or convicted

        for a crime other than a traffic ticket?

        Yes _____ No _____

        Please explain who (in relation to you), when, nature of the charge and the

circumstances:

_____

_____

_____

JUROR # _____

78. What are your primary sources of local and national news?

_____

_____

79. Have you already formed an opinion as to the innocence or guilt of any of the defendants

in this case?

Yes_____    No_____

Please explain:_____

_____

_____

80. Do you have any hobbies?

If yes, explain. _____

_____

_____

81. Name two people, currently alive – one male and one female – who are likely known to

all of us, whom you admire over all others and tell us why you chose these two

individuals.

MALE:_____

_____

FEMALE: _____

_____

82. Is there any matter not covered by this questionnaire that you feel you should tell us

about?

Yes_____    No_____

JUROR # _____

       If yes please explain:_____

_____

_____

JUROR # _____

**(EXTRA PAGE FOR FURTHER ANSWERS)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JUROR # _____

**JUROR'S OATH:**

I declare under penalty of perjury that the information provided in this juror questionnaire is true and correct.  I further declare that I have completed this questionnaire without anyone's assistance and that the answers contained in this questionnaire are my own.

Juror's Name: _____

Date: _____