

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SDD/SA/RMT/AMS<br>F. # 2012R01574 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

April 23, 2015

<u>By E-mail</u>

Susan G. Kellman, Esq.          David Stern, Esq.
25 Eighth Avenue                100 Lafayette Street, Suite 501
Brooklyn, NY 11217              New York, NY 10013
 *for Ali Yasin Ahmed*           *for Mohamed Yusuf*

    Re: <u>United States v. Ahmed, et al. 12 CR 661 (S1) (SLT)</u>

Dear Counsel:

  In connection with the Court's rulings on the admissibility of testimony taken at the Rule 15 depositions held in the above-referenced case, attached please find draft electronic copies of the deposition transcripts reflecting objections and suggested corrections from the government and the defendant Madhi Hashi.  Kindly insert your objections to the draft documents in electronic format so that we can provide them to the Court in a timely fashion.  Please follow the formatting conventions in the attached document (i.e., please insert your objections in the "comments" field for ease of review by the Court).

  Upon providing your objections,  please return the document to us and we will endeavor to submit a joint submission to the Court for consideration of the objections.  Please do not hesitate to call us if you have any questions.

            Respectfully submitted,

            LORETTA E. LYNCH
            United States Attorney

      By:  /s/
            Shreve Ariail
            Seth D. DuCharme
            Richard M. Tucker
            Assistant U.S. Attorneys
            (718)  254-7000

Annamartine Salick
Counterterrorism Section
U.S. Department of Justice

<u>Attachments</u>

cc: Mark Steven Demarco, Esq.
Honorable Sandra L. Townes, via ECF (w/o attachment)