**DRAFT**                                                                                           **Juror #**

**U.S. v. Ali Yasin Ahmed, Madhi Hashi, & Mohamed Yusuf**

12-CR-661 (S-2)(JG)

**THIS PAGE IS THE QUESTIONNAIRE COVER SHEET**

After you are excused, please CALL the following telephone number on [Friday, May 22, 2015 after 12:00 p.m.]. Upon calling, you will receive instructions about whether you are to report back to court [on May 26, 2015]. It is extremely important that you know the juror number written on the top of this form when you make your call. THANK YOU.

Phone number:     1-800-522-5100
Date to call:         [Friday, May 22, 2015]
Time to call:        [After 12:00 p.m.]

1

**DRAFT**                                                                                         **Juror #**

**THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO THE APPROPRIATE COURT PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE**

**Please print the following information**:

Name:

Home Address:

Home Phone:

Job & Department:

Business Address:

Business Phone (Including Extensions):

I hereby certify that the foregoing information, and all of the answers in this questionnaire, are true, correct, and complete to the best of my knowledge.

Date:   May 12, 2015

_____
SIGNATURE

**DRAFT**                                                                                          **Juror #**

# JUROR QUESTIONNAIRE
# PRELIMINARY INSTRUCTIONS

You must give true and complete answers to all questions. Your responses will be kept confidential. Do not discuss the questions or answers with anyone, including your fellow jurors.

The defendants, Ali Yasin Ahmed, Madhi Hashi and Mohamed Yusuf, have been charged with crimes relating to their alleged material support of al-Shabaab, a designated foreign terrorist organization. Specifically, the defendants are charged with conspiracy, provision and attempted provision of material support and resources to a designated foreign terrorist organization, all in violation of Title 18, United States Code, Section 2339B, and use of a firearm in connection with a crime of violence, in violation of Title 18, United States Code, Section 924(c). In addition, defendants Ahmed and Yusuf are charged with receipt of military training from a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339D. The defendants have pleaded not guilty and are presumed to be innocent of these charges.

Please answer each question by placing a check next to the correct response or by providing the information requested. Please try to write as legibly as possible. Do not discuss the questionnaire or your answers with your fellow jurors or anyone else.

There are no "right" or "wrong" answers; just be completely candid and truthful.

**DRAFT**                                                                                                         **Juror #**

# QUESTIONS

1. Do you have any difficulty reading or understanding English?

    ❏ Yes        ❏ No

2. Do you have any physical problem (for example, sight or hearing) that would interfere with your ability to serve?

    ❏ Yes        ❏ No

    If <u>yes</u>, please describe:_____

    _____

3. What is your age? _____

4. Are you:        ❏ Male        ❏ Female

5. Where were you born?_____

6. Where were your parents born?_____

7. Where were you raised? _____

8. What is your marital status? _____

9. How many children do you have, if any?_____

10. Are you presently a member of any church, synagogue, mosque, temple or other religious organization?  (Do not specify which)

    ❏ Yes        ❏ No

    If so, how often do you attend religious services?_____

11. Where do you live?

    ❏ Brooklyn    ❏ Queens    ❏ Staten Island    ❏ Nassau    ❏ Suffolk

    City/Town _____ Neighborhood (if any) _____

12. Name the one person (living or dead) who is likely known to all of us who you admire over all others.

    _____

4

**DRAFT**                                                                                                                        **Juror #**

13.  Your schedule: After filling out this questionnaire, certain jurors will return on [Tuesday, May 26, 2015] to complete jury selection. Those who are selected as jurors on that date will return on [Monday, June 1, 2015], when the trial will begin. The trial will be over by [Friday, June 19, 2015].

    Jury service is one of the highest duties and privileges of a citizen of the United States. Mere inconvenience or the usual financial hardships of jury service will be insufficient to excuse a prospective juror.

    Do you wish to apply to the Court to be excused on the ground that jury service would be a serious hardship?

    ❑ Yes        ❑ No

    If yes, briefly explain the hardship:

    _____

    _____

    _____

    _____

    _____

    _____

14.  What is the most advanced level of schooling you have completed?

    _____

15.  If you are employed, please answer the following:

    (a)  What *type* of work do you do and what *type* of business is it?
         (Please do *not* name your employer.)

         _____

    (b)  How long have you worked at your present job?

         _____

    (c)  Do you supervise others in your job?

              ❑ Yes        ❑ No

5

**DRAFT**                                                                                         **Juror #**

16. If retired or unemployed, how long have you been unemployed or retired and what type of work had you been doing previously?

    _____

17. Does anyone else in your household work outside the home? If yes, provide the nature of the relationship (for example, spouse or child) and the *type* of work he or she does (please do *not* name any employer):

    _____

    _____

18. Have you or any member of your family or close friends worked or applied for a position in the U.S. Attorney's Office, the New York City Police Department, the Federal Bureau of Investigation, the Joint Terrorism Task Force, Immigration and Customs Enforcement or any other law enforcement agency?

    ❑ Yes            ❑ No

19. Have you ever been a juror?        ❑ Yes       ❑ No

20. Have you, or has a family member or close friend, ever been a witness to or the victim of a crime?

    ❑ Yes            ❑ No

21. Have you, a family member or close friend ever been stopped, questioned, investigated, arrested or prosecuted by any law enforcement officer or agency?

    ❑ Yes            ❑ No

22. List any news sources (newspapers, radio shows, magazines, websites, or web blogs) that you read, watch or listen to regularly:

    _____

    _____

    _____

**DRAFT**                                                                                       **Juror #**

23. Do you know, or are you familiar with, any of the attorneys working on this case? (Please circle anyone you are familiar with.)

    Shreve Ariail          David Stern
    Seth DuCharme          Jane Simkin Smith
    Rich Tucker            Susan Kellman
    Annamartine Salick     Susan Kunstler
                           Ezra Spilke
                           Mark DeMarco
                           Karloff Commisiong

    If you indicated that you know, or are familiar with, anyone above, please explain:

    _____

    _____

24. Each defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, decides his guilt has been proven beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendants have no burden of proof at all.

    Will you accept and apply this rule of law?

    ❏ Yes        ❏ No

    If <u>no</u>, please explain: _____

    _____

25. Under the law, a defendant need not testify or offer any evidence on his or her behalf. If a defendant chooses not to testify, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant has been proven guilty.

    Will you accept and apply these rules of law?

    ❏ Yes        ❏ No

    If <u>no</u>, please explain: _____

    _____

**DRAFT**                                                                                  **Juror #**

26.  Several witnesses in this case will be law enforcement officers. Such a witness's testimony is not to be given any more or less credence than any other witness's testimony simply because that witness is a law enforcement officer.

   Will you accept and apply this rule of law?

   ❏ Yes        ❏ No

   If <u>no</u>, please explain: _____

   _____

27.  The evidence in this case may include information provided or obtained by individuals testifying for the government in exchange for benefits, such as a reduced sentence on a crime that the individual has admitted to committing. Although the testimony of these witnesses must be examined with great care, it is entirely appropriate for the government to call them to testify.

   Do you have any beliefs or opinions that would affect your ability to evaluate such testimony from such witnesses fairly and impartially?

   ❏ Yes        ❏ No

   If <u>yes</u>, please explain: _____

   _____

28.  Have you read any articles or seen any news programs regarding this case or any of the parties (<u>i.e.</u>, the defendants or the lawyers)?

   ❏ Yes        ❏ No

   If yes, what did the article(s) or program(s) say about this case?

   _____

   _____

   _____

   _____

8

**DRAFT**                                                                                        **Juror #**

29. The evidence is this case may include audio recordings of private conversations made without knowledge of the participants.  For such evidence to be admissible, the Court will have ruled that the evidence was lawfully obtained and may therefore be presented at trial.

    Do you have any feelings about the government's ability to intercept private communications that might affect your ability to consider such evidence fairly?

    ❏ Yes        ❏ No

    If yes, please explain:_____

    _____

30. In your opinion, is there anything about this case, the issues, and/or the people involved in this case that might hinder you, *even slightly*, from being an impartial juror?

    ❏ Yes        ❏ No

    If yes, please describe: _____

    _____

9