## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: 5/12/2015                Time: 10:30 Am – 11:40 Am.

DOCKET NUMBER: 12 CR 661

DEFENDANT'S NAME: Ali Yasin Ahmed (Deft.#1)
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Susan G. Kellman and Ezra Spilke and Sarah Kunstler
___ Legal Aid ✓ CJA ___ Retained

DEFENDANT'S NAME: Madhi Hashi (Deft.#2)
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Mark S. DeMarco and Karloff Commissiong
___ Legal Aid ✓ CJA ___ Retained

DEFENDANT'S NAME: Mohamed Yusuf (Deft.#3)
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: David Stern and Jane Smith
___ Legal Aid ✓ CJA ___ Retained

AUSA: Richard Tucker and Seth DuCharme, Shreve Ariail, Annamartine Salick    Deputy Clerk: Ilene Lee

INTERPRETER: Magna Czagany and Veronica Choice (Language) Swedish

COURT REPORTER: Lisa Schwam

✓ Case called.

Defendant: ✓ sworn  ___ arraigned  ✓ informed of rights
✓ Waives trial before District Court.

___ Defendant enters a plea of GUILTY to Count(s) ___ of the ___.
✓ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ONE of the superseding indictment (S-2).
✓ Court finds factual basis for the plea.

___ Deft continued on $___ Bond.       ✓ Deft continued in Custody.

✓ Plea Agreement marked as Gov's Exhibit #1A, #1B and #1C was returned to the government.
Pursuant to Federal Rule 11 of Criminal Procedure Judge ___ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

– The sentencing date is set for September 25, 2015 at 2:30 PM.