Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Ahmed Ali Yasin   81738-053   ZB   MCC
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

I am not satisfied with the decision that I received regarding my Regional Administrative Remedy Appeal that I filed on 6/1/15, and I am filing an appeal. I am currently living under Special Administrative Measures (SAMs) restrictions in the Maximum Security Special Housing Unit (SHU) at the Metropolitan Correctional Center (MCC) in Manhattan. I contest the conditions of my confinement on the grounds that my confinement violates the Constitution and Laws of the United States. Therefore I request removal from Special Administrative Measures (SAMs). I am submitting this form to a Unit staff member to be placed in the US mailbox on the date above.

07/20/15                                            Ali Yasin Ahmed
DATE                                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                             _____
DATE                                                GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: _____

Part C - RECEIPT                                    CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____                             _____
DATE                                                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

Administrative Remedy Number 820328-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you contend your Special Administrative Measures (SAM) and continued placement in the Special Housing Unit (SHU) at MCC New York violates your constitutional rights and the laws of the United States. You request removal from the SAM.

Records indicate your SAM was imposed and renewed because it has been determined there is a substantial risk that your communications or contacts could result in death or serious bodily injury to others or substantial damage to property that would entail the risk of death or serious bodily injury to others. The above justifies continual monitoring of your communications to ensure the safety of staff, other inmates, and the public, and to ensure harmful information which could facilitate acts of violence for terrorism does not get disseminated.

Although you may object to the provisions of the SAM, the restrictions in your SAM are constitutional as noted in 28 C.F.R. § 501.3. In addition, you have a meaningful opportunity to be heard and defend yourself against the renewal of the SAM restrictions during your reviews held at your parent institution. Any information or documentation you choose to submit is forwarded to the relevant parties for consideration in renewing your SAM or not. Your participation in this process is an indicator of your willingness to cooperate and comply with requests by staff that makes the review process more meaningful. You may also request modifications or express any concern you might have to institution staff. Additionally, you have access to the Administrative Remedy Program in which you may grieve any condition of your confinement, including your SAM.

The continued need of the SAM is reviewed annually by the Assistant Attorney General, and your SAM will not be rescinded at this time. Your SAM will remain in place until it is determined no longer necessary and there is no indication your constitutional rights are being violated. We find you are appropriately housed at MCC New York, and any subsequent requests or inquiries regarding your current housing status should be addressed to your Unit Team. Accordingly, your appeal is denied.

\_8/19/15\_
Date

_____
Ian Connors, Administrator
National Inmate Appeals