# Mark S. DeMarco

Attorney At Law
2027 Williamsbridge Road
Bronx, New York 10461
718 239 7070
Fax 718-239-2141
[MSDLaw@aol.com](mailto:MSDLaw@aol.com)

December 2, 2015

The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**BY ECF & U.S. MAIL**

          Re: *United States v. Mahdi Hashi*
             12 Cr. 661 (JG)

Your Honor:

  The enclosed letters written on Mr. Hashi's behalf by family and friends are respectfully submitted to supplement our previously filed sentencing memoranda.

  Thank you for your attention to this matter.

          Respectfully Submitted,

         *Mark S. DeMarco*

         Mark S. DeMarco
         Karloff C. Commissiong
         Attorneys for Mahdi Hashi

cc: All Counsel
   By ECF